UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| Daniel Anderson,<br>Plaintiff,<br><br>vs.<br><br>Western National Mutual Insurance Company<br>Defendant, | CIV- 11-4009 (case number)<br><br>MOTION FOR ADMISSION PRO HAC VICE |

## Statement of Movant

I, Eric D. DeNure, an active member of the Bar of the U.S. District Court for the District of South Dakota, request that this Court admit pro hac vice James T. Martin, an attorney admitted to practice in the District of Minnesota, but not admitted to the Bar of this Court, who will be counsel for the [ ] plaintiff(s) [X] defendant(s) Western National in the case listed above. I am aware of Local Rule 83.2(E) regarding the appearance of attorneys pro hac vice.

2/1/2011
Date

Signature

## Statement of Proposed Admittee

I, James T. Martin, am currently a member in good standing of the U.S. District Court for the District of Minnesota, but not admitted to the Bar of this Court. I am aware of Local Rule 83.2(E) regarding the appearance of attorneys pro hac vice.

1-21-11          James T. Martin
Date             Type/Print Name                    Signature

Law Firm: Gislason, Martin, Varpness & Janes, PA
Suite/Building: Suite 444
Address: 7600 Parklawn Avenue South
         Edina, MN 55435
Telephone Number: (952) 831-5793
Fax Number: (952) 831-7358