UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

Daniel Anderson,      Civ No: 11-4009-KES

    Plaintiff,

vs.      **STIPULATION OF DISMISSAL**

Western National Mutual
Insurance Company,

    Defendant.

---

    The above-entitled action, having been fully compromised and settled, IT IS HEREBY STIPULATED by and between the parties hereto through their undersigned attorneys that the same may be, and it hereby is, dismissed on its merits and with prejudice but without costs or disbursements to any of the parties.

    IT IS FURTHER STIPULATED that without further notice a judgment of dismissal with prejudice and upon the merits, and without costs or disbursements to any of the parties may be entered herein.

Dated: 10/2/12

JOHNSON, HEIDEPRIEM & ABDALLAH, LLP

By _____
    Scott A. Abdallah
Attorneys for Plaintiff
P.O. Box 2348
Sioux Falls, SD 57101-2348
(605) 338-4304

Dated: 10-9-12

GISLASON, MARTIN, VARPNESS & JANES, PA

By _____
James T. Martin (#68044)
Attorneys for Defendant
7600 Parklawn Avenue South
Suite 444
Edina, MN 55435
(952) 831-5793

2