UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANIEL ANDERSON, | * | CIV 11-4009-RAL |
| Plaintiff, | * | |
| vs. | * | JUDGMENT OF DISMISSAL |
| WESTERN NATIONAL MUTUAL INSURANCE COMPANY, | * | |
| Defendant. | * | |

On October 9, 2012, the parties filed a Stipulation of Dismissal (Doc. 34). Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

Dated October 10, 2012.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE